IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LATEEFAH MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:22-cv-713-ECM |
| | ) (WO) |
| LEE COUNTY COMMISSION OF | ) |
| LEE COUNTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On April 14, 2023, the Magistrate Judge entered a Recommendation (doc. 27) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 27) is ADOPTED, the Defendants' motion to dismiss (doc. 9) is GRANTED, and this lawsuit is DISMISSED.

A separate Final Judgment will be entered.

DONE this 3rd day of May, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE